UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

MARIANGELA LOPEZ,

        Plaintiff,                    Case No. 8:17-cv-00224-JDW-MAP

vs.

CREDIT ACCEPTANCE CORPORATION,

        Defendant.

---

### **STIPULATED ORDER COMPELLING ARBITRATION**

By submission of this order for entry, the parties consent to its entry and the Court being fully advised in the premises hereby ORDERS that:

1. Plaintiff Mariangela Lopez ("Plaintiff") filed her Complaint against Defendant Credit Acceptance Corporation ("Credit Acceptance") on January 27, 2017.

2. Credit Acceptance requested that Plaintiff stipulate to binding arbitration on February 16, 2017.

3. Plaintiff and Credit Acceptance have now agreed to arbitration, and shall now voluntarily submit their respective claims and then counterclaims to binding non-judicial arbitration;

4. The arbitration shall be conducted through either the American Arbitration Association or JAMS;

5. Credit Acceptance shall be responsible for all fees and costs associated with the filing of arbitration and payment of the arbitrators' fees;

6. The parties will be responsible for their respective attorneys' fees save any award related specifically to the Florida Consumer Collection Practices Act, Florida Statutes § 559.55, *et seq.*

7. This action against Credit Acceptance is dismissed without prejudice.

8. The Clerk shall close the file.

ORDERED on March 9th, 2017

_____
United States District Court Judge

STIPULATED:

/s/Jon Dubbeld
Jon P. Dubbeld (FBN 105869)
BERKOWITZ & MYER
4900 Central Ave
St. Petersburg, FL 33707
(727) 344-0123
jon@berkmyer.com

*Attorneys for Plaintiff Mariangela Lopez*

/s/Jacqueline Simms-Petredis
Jacqueline Simms-Petredis (FBN 0906751)
BURR & FORMAN LLP
201 N. Franklin Street, Suite 100
Tampa, FL 33602
(813) 367-5751
jsimms-petredis@burr.com

*Co-Counsel for Defendant*

/s/Stephen W. King
Stephen W. King (to be admitted *pro hac vice*)
KING AND MURRAY PLLC
355 S. Old Woodward, Suite 100
Birmingham, MI 48009
(248) 792-2398
sking@kingandmurray.com

*Attorneys for Defendant Credit Acceptance Corporation*