UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

MARIANGELA LOPEZ,

        Plaintiff,                           Case No. 8:17-cv-00224-JDW-MAP

vs.

CREDIT ACCEPTANCE CORPORATION,

        Defendant.

**STIPULATED ORDER DISMISSING COMPLAINT WITH PREJUDICE**

Upon the stipulation of Plaintiff Mariangela Lopez ("Plaintiff") and Defendant Credit Acceptance Corporation ("Credit Acceptance"), and the Court being advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's Complaint against Credit Acceptance is dismissed in its entirety with prejudice and without costs to either party.

                                                        DISTRICT COURT JUDGE

| | |
|---|---|
| */s/Jon Dubbeld* | */s/Stephen W. King* |
| Jon P. Dubbeld (FBN 105869) | Stephen W. King (to be admitted *pro hac vice*) |
| BERKOWITZ & MYER | KING AND MURRAY PLLC |
| 4900 Central Ave | 355 S. Old Woodward, Suite 100 |
| St. Petersburg, FL 33707 | Birmingham, MI 48009 |
| (727) 344-0123 | (248) 792-2398 |
| jon@berkmyer.com | sking@kingandmurray.com |
| | |
| *Attorneys for Plaintiff Mariangela Lopez* | *Attorneys for Defendant Credit Acceptance Corporation* |