UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARIANGELA LOPEZ,**

    **Plaintiff,**

v.                                                                                          Case No: 8:17-CV-224-T-27MAP

**CREDIT ACCEPTANCE CORPORATION,**

    **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the parties' Stipulated Order Dismissing Complaint With Prejudice (Dkt. 12). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 16th day of June, 2017.

/s/ *James D. Whittemore*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record